**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Laura Patricia GINEZ–RODRIGUEZ, Defendant–Appellant.**

No. 05–51360
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 14, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Richard Gale Ferguson, Waco, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Laura Patricia Ginez–Rodriguez on appeal has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ginez–Rodriguez, who pleaded guilty to aiding and abetting the transportation of an illegal alien for commercial advantage or financial gain, received a copy of counsel's motion and has not filed a response.

Our independent review of counsel's brief and the record discloses no issue of arguable merit for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**In the Matter of: Jay S. FICTNER, Debtor.**

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.